IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cv-410-W

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) vs. ) ) SOUTHERN METALS COMPANY, ) ) Defendant. ) | ORDER |

THIS MATTER comes now before the Court upon Defendant's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. (Doc. No. 4). Having considered the allegations in Plaintiff's Complaint, the Court believes that the determination of the legal sufficiency of Plaintiff's claims should be deferred until the next dispositive stage of litigation. See Flue-Cured Tobacco Co-op. Stabilization Corp. v. U.S. Envtl. Prot. Agency, 857 F. Supp. 1137, 1145 (M.D.N.C. 1994) ("This claim can be adjudicated more accurately after the parties have developed the factual record."); Initial Scheduling Order, 3:07-MC-47 (Doc. No. 2) at 3(c)(2) ("[T]he Court may elect to defer ruling on issues raised in Rule 12 and similar motions until the close of discovery.").

Accordingly, Defendant's Motion to Dismiss is DENIED. The Court will revisit the merits of Plaintiff's allegations at the conclusion of discovery.

IT IS SO ORDERED.

Signed: January 6, 2010

Frank D. Whitney
United States District Judge